UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

                                      Case No.: 8:18-bk-00695-MGW

Eugenia Tiara Wallace                  Chapter 7

        Debtor(s).
_____/

**REPORT OF SALE**

PLEASE TAKE NOTICE THAT, Nicole M. Cameron, Trustee, by and through her undersigned counsel, hereby files the attached copy of the deed that was recorded on June 18, 2018 in Book 25849, Pages 1333-1334 of the official records of Hillsborough County, Florida.

Dated:  June 18, 2018

                                                        Respectfully submitted,

                                                        /s/ Richard M. Dauval, Esq.
                                                        Richard M. Dauval, Esq.
                                                        Florida Bar No. 664081
                                                        LeavenLaw
                                                        3900 1st Street North, Suite 100
                                                        Saint Petersburg, FL  33703
                                                        727-327-3328
                                                        rdauval@leavenlaw.com
                                                        Attorney for Trustee

INSTRUMENT#: 2018241979, BK: 25849 PG: 1333 PGS: 1333 - 1334 06/18/2018 at 09:22:42 AM, DOC TAX PD(F.S.201.02) $1040.90 DEPUTY CLERK:MTERRELL Pat Frank,Clerk of the Circuit Court Hillsborough County

Case 8:18-bk-00695-MGW   Doc 34   Filed 06/18/18   Page 2 of 4

This Instrument prepared by
RETURN TO:
Richard M. Dauval, Esq.
3900 First Street North, Suite 100
St. Petersburg, FL 33703
Phone (727) 327-3328

Documentary Stamp Tax based on $148,640.00
Folio ID No: 049150-5380

## TRUSTEE'S QUITCLAIM DEED

This Quit-Claim Deed is made this 29ᵗʰ day of May, 2018, by and between **Nicole M. Cameron, Trustee for the Bankruptcy Estate of *Eugenia Tiara Wallace*, Case No. 8:18-bk-00695-MGW, of 235 Apollo Beach Boulevard, #231, Apollo Beach, FL 33572**, (hereinafter referred to as "Grantor") and : **8432 Painted Turtle Way, Riverview, FL 33578, Land Trust (Hereinafter Grantee), c/o Dion R. Hancock, Esquire, of 405 6ᵗʰ Street South, St. Petersburg, FL 33701**. Grantor, for and in consideration of Eight Thousand and 00/100 Dollars ($8,000.00), paid by Grantee to Grantor, the receipt of which is hereby acknowledged, does hereby remise, release and forever quitclaim to Grantee fee simple title to that certain real property located in Hillsborough County, Florida, described as follows:

Lot 4, Block 28 of OAK CREEK PARCEL 3, according to the Plat thereof as recorded in Plat Book 113, Page(s) 112, of the Public Records of Hillsborough County, Florida.

**More particularly known as: 8432 Painted Turtle Way, Riverview, FL 33578.**

*Eugenia Tiara Wallace filed* a petition under Chapter 7 of the U.S. Bankruptcy Code, in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, on January 30, 2018 and was assigned case no: 8:18-bk-00695-MGW. Nicole M. Cameron was appointed Trustee pursuant to the Notice of Commencement of Chapter 7 Case, Meeting of Creditors & Deadlines and Appoint of Trustee entered by the Clerk of the Bankruptcy Court on January 31, 2018. Upon the opening of the case, all non-exempt property became vested in the Trustee for administration, and Nicole M. Cameron as Trustee, is authorized to convey all property and interests in property of the bankruptcy estate. The conveyance of the property by the Grantor to the Grantee is subject to all liens and encumbrances thereon pursuant to the *Order Granting Trustee's Motion to Sell Real Property Subject to All Encumbrances Liens and Interests and Solicitation of Greater Offers*, filed on April 17, 2018 and served on all creditors and parties in interest on April 18, 2018 by Attorney for the Trustee, Richard M. Dauval, Esq.

The Grantor does not warrant or otherwise guarantee in any way the title that passes to the Grantee by virtue of this Quitclaim Deed.

WITNESS the following signature and seal:

_____
Witness
Print: ROBERT COMBREN

_____
Witness
Print: Laura Carlson

_____
Nicole M. Cameron, Trustee
235 Apollo Beach Boulevard, #231
Apollo Beach, FL 33572
as Trustee for the Bankruptcy Estate of
*Eugenia Tiara Wallace*

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

Sworn to and subscribed before me this 29 day of May, 2018 by NICOLE M. CAMERON, Trustee for the Bankruptcy Estate of *Eugenia Tiara Wallace*, who appeared before me and is personally known by me.

_____
Notary Public State of Florida

BOBBI SANDERS
MY COMMISSION # FF 173226
EXPIRES: October 30, 2018
Bonded Thru Notary Public Underwriters

# Closing Statement

Page 1

| | |
|---|---|
| FILE NUMBER: | 18-00112 |
| NAME OF BUYER: | |
| Address of Buyer: | Nicole M. Cameron, as Trustee for the bankruptcy estate of Eugenia Wallace |
| NAME OF SELLER: | |
| Address of Seller: | |
| NAME OF LENDER: | |
| Address of Lender: | |
| PROPERTY LOCATION: | 8432 Painted Turtle Way, Riverview, Florida 33578 |
| SETTLEMENT AGENT: | LeavenLaw |
| Place of Settlement: | 3900 First Street North, Suite 100, St. Petersburg, Florida 33703 |
| SETTLEMENT DATE: | 5/25/18       DISBURSEMENT DATE: 5/25/18 |

| BUYER CHARGES: | Amount: |
|---|---|
| Contract sales price | $8,000.00 |
| Recording fees | $23.00 |
| State tax/stamps | $1,040.48 |
| Total Charges: | $9,063.48 |
| Cash due from buyer: | $9,063.48 |

| SELLER CREDITS: | Amount: |
|---|---|
| Contract sales price | $8,000.00 |
| Total Credits: | $8,000.00 |
| Cash due to seller: | $8,000.00 |

## Buyer

THE UNDERSIGNED ACKNOWLEDGES RECEIPT OF A COPY OF THE FOREGOING SETTLEMENT STATEMENT, AGREES TO THE CORRECTNESS THEREOF, AND AUTHORIZES AND APPROVES THE DISBURSEMENTS SET FORTH.

_[signature]_
_Lion. Hancock_

## Seller

THE UNDERSIGNED ACKNOWLEDGES RECEIPT OF A COPY OF THE FOREGOING SETTLEMENT STATEMENT, AGREES TO THE CORRECTNESS THEREOF, AND AUTHORIZES AND APPROVES THE DISBURSEMENTS SET FORTH.

_[signature]_  5-29-18
Nicole M. Cameron

DoubleTime®